IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TODD BUCHANAN,

      Appellant,

   v.

      Case No.  5D22-1428
      LT Case No. 2009-CF-013383-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 15, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Wayne C. Wooten, Judge.

Todd Buchanan, Orlando, pro se.

No Appearance for Appellee.


PER CURIAM.

    AFFIRMED.


COHEN, NARDELLA and WOZNIAK, JJ., concur.